# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTINA KAMRAN-KOHNJANI,<br><br>                    Defendant. | CR 16-107-BLG-SPW<br><br>ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |

The Government has moved to revoke the Defendant's pretrial release and to seal the warrant for Defendant's arrest.  I find there is probable cause to believe the Defendant has violated conditions of supervision, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury.  The Court grants the motion and orders the issuance of a WARRANT, which shall be sealed.

DATED this 28th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge