FILED

JUN 1 5 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-107-BLG-SPW-7 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTINA KAMRAN-KOHNJANI *aka Christina Dawn Schreibeis*, | |
| Defendant. | |

Pending before the Court is the motion of the United States to unseal Documents 144, 144-2, 145, 151, 151-1, 152, and 154 solely for the purpose of providing those documents in discovery in the matter of *United States v. Christopher Ray Metzger*, CR 17-46-BLG-SPW (Doc. 202). Defendant has failed to respond to this Motion. Therefore,

**IT IS HEREBY ORDERED** that pursuant to C.R. L.R 47.2(b), the United States' Motion is **GRANTED**. Documents 144, 144-2, 145, 151, 151-1, 152, and

1

154 in the above case are UNSEALED so that they can be provided in discovery in

*United States v. Christopher Ray Metzger*, CR 17-46-BLG-SPW.

DATED this 15th day of June, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge