

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-107-BLG-SPW-7 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTINA KAMRAN-KOHNJANI, | |
| Defendant. | |

At the request of the U.S. Probation Officer in the above-matter,

IT IS HEREBY ORDERED that all Pre-sentence Report (PSR) dates set out in the Court's Order of May 8, 2017 (Doc. 205) are **VACATED** until this case is reset for sentencing.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 23rd day of June, 2017.

SUSAN P. WATTERS
United States District Judge

1