
FILED
OCT 04 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA KAMRAN-KOHNJANI,<br><br>Defendant. | CR 16-107-BLG-SPW-7<br><br>ORDER |

On October 4, 2017, the Court held a hearing to address the question of whether Defendant Christina Kamran-Kohnjani is competent to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Upon the record made in open court,

IT IS HEREBY ORDERED that the Court has determined that Defendant Christina Kamran-Kohnjani is competent to understand the nature and consequences of the proceedings against her and to assist properly in her defense.

1

IT IS FURTHER ORDERED that the Sentencing Hearing and all related deadlines will be set under separate Order.

DATED this 4th day of October, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge